# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

FRED LUCIUS, JR,

    Plaintiff,

v.                                     CASE NO. 5:12-cv-00055-MP-CJK

CORRECTIONS CORPORATION
OF AMERICA, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 22, 2013. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The plaintiff has filed a notice of voluntary dismissal, before the opposing party has served either an answer or a motion for summary judgment. Accordingly, this case is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** this  *23rd* day of April, 2013

                                    *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge